IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 09-669-1 |
| | : |
| ROBERTO ANTONIO MELENDEZ PLACENCIA | : |
| USM# 61646-066 | : |

## O R D E R

AND NOW this 12th day of May, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 103 months, effective November 1, 2015.

BY THE COURT:

/s/ Juan R. Sánchez
The Honorable Juan R. Sánchez
United States District Court Judge