IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 09-669-1 |
| | : | |
| ROBERTO ANTONIO MELENDEZ PLACENCIA | : | |
| | : | |

## **AMENDED ORDER**

AND NOW, this 1st day of June, 2015, this Court having previously reduced Defendant Roberto Antonio Melendez Placencia's term of imprisonment in this case to 103 months, effective November 1, 2015, it is ORDERED the Court's May 12, 2015, Order granting a sentence reduction is AMENDED to clarify that the sentence shall be reduced as follows:

- The term of imprisonment is reduced to 73 months on each of Counts I, II, and III, all such terms to be served concurrently; and

- The term of imprisonment on Count IV shall remain 30 months, to be served consecutively to the term of imprisonment on Counts I, II, and III.

BY THE COURT:

　/s/ Juan R. Sánchez　
Juan R. Sánchez, J.